UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY RUSSELL,<br>Plaintiff<br>v.<br>KIMBERLY THORNTON, et al.,<br>Defendants. | Case No. 2:26-cv-0324-JDP (P)<br><br>ORDER |

On March 12, 2026, I dismissed plaintiff's complaint with leave to amend. ECF No. 9. I advised him that he was required to file either an amended complaint or notice of voluntary dismissal within thirty days of that order. *Id.* at 4. It is now August, and plaintiff has not filed an amended complaint. He must show cause, in writing, why this action should not be dismissed for failure to prosecute.

Accordingly, it is ORDERED that, within fourteen days of this order's entry, plaintiff must show cause, in writing, why this action should not be dismissed for failure to prosecute. Plaintiff's proposed amended complaint should be filed alongside any response to this order. If plaintiff fails to comply with this order within the deadline, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE